IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ROBERT BYRD, #1498941, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:17-CV-00625-RC |
| v. | § | |
| BRANDON SHINAULT, | § | |
| | § | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On May 24, 2019, the Magistrate Judge issued his Report and Recommendation (Doc. No. 75), recommending that Defendant Brandon Shinault's Motion for Summary Judgment (Doc. No. 51) be denied. Plaintiff acknowledge receipt of the Report and Recommendation on June 3, 2019. (Doc. No. 76.) No objections to the Report and Recommendation have been presented for consideration within the prescribed time period for such objections. Therefore, the court adopts the Report and Recommendation of the United States Magistrate Judge (Doc. No. 75) as the findings of this court.

Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report be **ADOPTED** and that Defendant Brandon Shinault's Motion for Summary Judgment (Doc. No. 51) be **DENIED**.

So **ORDERED** and **SIGNED** June 23, 2019.

_____
Ron Clark, Senior District Judge

1